# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-1508

———————————————

United States of America

*Plaintiff - Appellee*

v.

Buay Kong Chuol

*Defendant - Appellant*

———————

Appeal from United States District Court
for the Southern District of Iowa - Central

———————

Submitted: January 12, 2026
Filed: April 15, 2026
[Unpublished]

———————

Before LOKEN, ARNOLD, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Buay Kong Chuol sought to dismiss a charge of unlawful possession of a firearm as an unlawful user of a controlled substance under 18 U.S.C. § 922(g)(3) on the basis that the statute is unconstitutional under the Second Amendment.

The district court[1] denied his motion, and Chuol entered a conditional guilty plea preserving his right to appeal that decision.

On appeal, Chuol contends that the district court should have dismissed the firearm charge on the sole ground that § 922(g)(3) is facially unconstitutional under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). Choul acknowledges that we rejected that argument in *United States v. Veasley*, 98 F.4th 906 (8th Cir. 2024), *cert. denied*, 145 S. Ct. 304 (2024), but asks that we overrule that decision. We cannot do so. *Mader v. United States*, 654 F.3d 794, 800 (8th Cir. 2011) (en banc) ("It is a cardinal rule in our circuit that one panel is bound by the decision of a prior panel.").

Accordingly, we affirm the judgement of the district court.

_____

---

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.